IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2249-AP

DIEU T. HUA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Thomas A. Feldman | TROY A. EID |
| 1120 Lincoln Street, Suite 1306 | United States Attorney |
| Denver, CO 80203 | |
| (720) 917-1300 | Kevin T. Traskos |
| (303) 861-9214 (Facsimile) | Assistant United States Attorney |
| | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | 225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | (303) 454-0404 (Facsimile) |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** October 24, 2007

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** October 30, 2007

    C.    **Date Answer and Administrative Record Were Filed:** December 26, 2007

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The Administrative Record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

    No additional evidence beyond the Administrative Record is necessary to decide this appeal.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties agree that the this case does not involve any unusually complicated or out-of-the ordinary claims.

**7. OTHER MATTERS**

    None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** February 22, 2008

    B.    **Defendant's Response Brief Due:** March 24, 2008

    C.    **Plaintiff's Reply Brief (If Any) Due:** April 8, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff requests oral argument. Oral argument would provide a useful opportunity to analyze an important legal issue in this case, namely, the proper standard for evaluating conditions, such as migraine headaches, for which there is not a definitive objective diagnostic test..

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>11th</u> day of <u>January</u>, 2008.

                                      BY THE COURT:

                                      S/John L. Kane
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

                        TROY A. EID
                           United States Attorney

*s/ Thomas A. Feldman*           *s/ Kevin T. Traskos*
Thomas A. Feldman             KEVIN T. TRASKOS
1120 Lincoln Street, Suite 1306    Assistant U.S. Attorney
Denver, CO 80203              Deputy Chief, Civil Division
Telephone: (720)917-1300        United States Attorney's Office
Facsimile: (303) 861-9214         District of Colorado
tfeldman@qwestoffice.net         Tel.: (303) 454-0100
                                    Fax: (303) 454-0404
**Attorney for Plaintiff**             Kevin.Traskos@usdoj.gov

                        **Attorneys for Defendant**

                        Of Counsel:
                            Stephanie Fishkin Kiley
                            Assistant Regional Counsel